**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Marvin Hernandez Amaya,                 §
                                        §
        Petitioner,                  §
                                        §
v.                                      §     **CIVIL NO. 1:26-CV-768-ADA-SH**
                                        §
ICE, et al.,                            §
                                        §
        Respondents.                 §

## FINAL JUDGMENT

On June 9, 2026, the Court entered an order denying Petitioner's Petition for Writ of Habeas Corpus. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED** that the Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on June 9, 2026.


                               _____
                               ALAN D ALBRIGHT
                               UNITED STATES DISTRICT JUDGE